IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. 6:22-CR-2003 |
| ANDREW SURPRENANT, | ) | |
| Defendant. | ) | |

DEFENDANT'S SENTENCING MEMORANDUM

COMES NOW Defendant by and through counsel and provides the following:

I. WITNESSES

Defendant gives notice that he will not be calling any witnesses at the time of sentencing.

II. EXHIBITS

Defendant gives notice that he will be offering the following exhibits.

    a. Grand Jury Testimony Transcript

    b. Proffer report of Nicholas Berry

DISPUTED GUIDELINE ISSUES

Defendant gives notice that two guideline issues needs resolved. First, is the applicability of U.S.S.G. 2D1.1(b)(5) related to the importation of methamphetamine. Second is the three level assessment for aggravating role pursuant to U.S.S.G. 3B1.1(b).

III. DEFENDANT'S REQUESTED GUIDELINE CALCULATION

| | |
|---|---|
| Base Offense Level | 38 |
| Specific Offense Characteristics | |
|     Possession of a Dangerous Weapon (USSG §2D1.1(b)(1) | +2 |
|     Maintaining a Premises (USSG §2D1.1(b)(12) | +2 |
|     Acceptance of Responsibility (USSG §3E1.1(a)-(b) | -3 |
| Total Offense Level | 39 |
| Criminal History Points () | Level IV |

Advisory Guideline Range                360-Life.

Statutory Minimum Sentence              10 years.

IV.     DEFENDANT'S MOTION FOR DOWNWARD VARIANCE

By separate filing, Suprenant will be making a motion for downward variance..

V.     DEFENDANT'S PROGRAMMING/PLACEMENT REQUESTS

1. That the Court recommend he be placed in an institution commensurate with her security classification as close to his home in the Northern District of Iowa

2. He requests that he be recommended for Mental Health Programming .

ANDREW SURPRENANT, Defendant

BY:     ____/s/ Chad R. Frese____
Chad R. Frese AT0002704
KAPLAN & FRESE, LLP
111 East Church Street
Marshalltown, Iowa 50158
Phone: (641) 753-5549
Fax: (641) 753-0962
Email: chad@kaplanfrese.com

ATTORNEYS FOR DEFENDANT.

CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the attorneys of record.

By: /s/ Chad Frese
    Attorney for Defendant